# Order

Michigan Supreme Court
Lansing, Michigan

February 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156994(48)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellant,

v

LARRY DESHAWN LEE,
            Defendant-Appellee.
_____/

SC: 156994
COA: 333664
Washtenaw CC: 06-000987-FH;
            06-000988-FH

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on February 6, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2018



Clerk